# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4250

_____

DWAYNE T. ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Toby Monaco, Judge.

April 17, 2019

PER CURIAM.

DISMISSED. *See Sprint v. Parole Comm'n*, 933 So. 2d 1218 (Fla. 1st DCA 2006).

LEWIS, WETHERELL, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dwayne T. Robinson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.